IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**RUBY KENDRICK,**

      Plaintiff,

**AMERICAN GENERAL LIFE & ACCIDENT**
**LIFE INSURANCE COMPANY; ET AL.;**

      Defendant.

CASE NO. 3:05cv762-C

| No. | Date Filed | Pleading | Filed By |
|---|---|---|---|
| 1 | 10/30/00 | Summons & Complaint | Plf. |
| 2 | 11/29/00 | Motion to Dismiss or in the Alternative Motion for More Definite Statement | Def. |
| 3 | 11/29/00 | Notice of Removal | Def. |
| 4 | 11/30/00 | Notice of Filing Notice of Removal | Def. |
| 5 | 12/4/00 | Order–Motions set for Submission | Ct. |
| 6 | 12/7/00 | Def. Corporate Disclosure Statement | Def. |
| 7 | 12/14/00 | Plf. Objections to Def. Motion to Dismiss or in the Alternative Motion for More Definite Statement | Plf. |
| 8 | 12/13/00 | Motion to Stay Proceedings and/or Objection to Motion Dismiss | Plf. |
| 9 | 12/14/00 | Plaintiff's Motion to Remand | Plf. |
| 10 | 12/15/00 | Order–setting scheduling conference | Ct. |
| 11 | 12/18/00 | Def. Submission in Response to Plaintiff's Objection to Motions to Dismiss | Def. |
| 12 | 12/20/00 | Order– | Ct. |
| 13 | 12/20/00 | Order–Motions Set for Submission | Ct. |
| 14 | 12/20/00 | Scheduling Order | Ct. |
| 15 | 01/05/01 | Opposition to Plf. Motion to Remand | Def. |

| 16 | 01/08/01 | Order–Case Remanded | Ct. |
|---|---|---|---|
| 17 | 1/09/01 | Def. 1st Set of Interrogatories & Request for Production to Plf. | Def. |
| 18 | 1/09/01 | Notice of Taking Deposition of Plf. | Def. |
| 19 | 1/09/01 | Notice of Taking Deposition–Clyde Smith | Plf. |
| 20 | 1/16/01 | Notice of Serving Discovery | Def. |
| 21 | 2/1/01 | Joint Defense Agreement | Def. |
| 22 | 2/21/01 | Notice of Appearance–K. Stephen Jackson | Plf. |
| 23 | 5/3/01 | Order | Ct. |
| 24 | 5/4/01 | Docket Call–6/25/01 | Ct. |
| 25 | 6/21/01 | Motion for Special Appointment of Process Server | Plf. |
| 26 | 6/28/01 | Plf. Answers to Interrogatories and Requests for Production | Plf. |
| 27 | 7/3/01 | Order Specially Appointing Process Server | Ct. |
| 28 | 7/9/01 | Order–Case set for Trial on 11/26/01 | Ct. |
| 29 | 8/9/01 | Def. Objections & Responses to Plf. 1st Interrogatories & Request for Production | Def. |
| 30 | 8/10/01 | Notice of Serving Discovery | Def. |
| 31 | 8/13/01 | AGLA's Objections & Responses to Plf. 1st Interrogatories & Request for Production | Def. |
| 32 | 10/4/01 | AGLA's 1st Set of Request for Admissions to Ruby Kendrick | Def. |
| 33 | 10/9/01 | Def. AGLA's Motion for Judgment on the Pleadings & Memorandum of Law in Support Thereof | Def. |
| 34 | 10/9/01 | Def. AGLA's Motion to Stay All Further Proceedings Pending a Ruling by the Alabama Supreme Court on a Critical Issue | Def. |
| 35 | 10/11/01 | Plf. Response to Request for Admissions | Plf. |
| 36 | 10/15/01 | Notice of Serving Discovery | Def. |

| 37 | 10/15/01 | Answer of Def. | Def. |
|----|----------|----------------|------|
| 38 | 1/10/02  | Docket Call set for 7/9/02 | Ct. |
| 39 | 3/15/02  | Notice of Withdrawal | Def. |
| 40 | 5/23/02  | Docket Call set for 7/9/02 | Ct. |
| 41 | 7/11/02  | Order of Continuance | Ct. |
| 42 | 12/23/03 | Unopposed Motion to Place on Administrative Docket | Def. |