

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CIVIL ACTION NUMBER |
| | ) CV-00-256 |
| AMERICAN GENERAL LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendants American General Life and Accident Insurance Company and American General Life Insurance Company have caused to be filed on the 29th day of November, 2000, in the United States District Court for the Middle District of Alabama, Eastern Division, a Notice of Removal for the removal of the above-styled action to said Court. A copy of the Notice of Removal (without exhibits) is attached hereto as Exhibit A.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)

Attorneys for Defendants American General Life and Accident Insurance Company and American General Life Insurance Company

FILED IN OFFICE THIS
NOV 3 0 2000
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL 35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the 29th day of November, 2000.

_____
OF COUNSEL

2