

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED DEC 4 2000

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF
MONTGOMERY, ALA.

| | |
|---|---|
| RUBY KENDRICK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 00-T-1633-E |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

It is ORDERED that the motion to dismiss and the alternative motion for more definite statement, filed by defendants on November 29, 2000, are set for submission, without oral argument, on December 18, 2000, with all briefs due by said date.

DONE, this the 4th day of December, 2000.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE