

RECEIVED
1000 DEC -7 P 1:01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
DEC 7 2000
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF
MONTGOMERY, ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY KENDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND | ) |
| ACCIDENT INSURANCE COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY AND AMERICAN GENERAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to the local rules of this Court and in order to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants American General Life and Accident Insurance Company and American General Life Insurance Company states that American General Life and Accident Insurance Company and American General Life Insurance Company are wholly-owned subsidiaries of AGC Life Insurance Company which, in turn, is a wholly-owned subsidiary of American General Corporation, a publicly-traded company. Upon information and belief, there are no other subsidiaries, affiliates, or parents of Defendants American General Life and Accident Insurance Company and American General Life Insurance Company that are publicly-traded companies.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)
Attorneys for Defendant
American General Life and Accident Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant American General Life and Accident Insurance Company's Corporate Disclosure Statement has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL 35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the 6th day of December, 2000.

_____
OF COUNSEL

-2-