

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RUBY KENDRICK,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV-00-T-1633-E |
| **AMERICAN GENERAL LIFE AND** | ) |
| **ACCIDENT INSURANCE CO., et al.,** | ) |
| **Defendants.** | ) |

## MOTION TO STAY PROCEEDINGS AND/OR OBJECTION
## TO MOTION TO DISMISS

COME NOW the Plaintiff in the above-styled cause who move this Court for an Order staying all proceedings in this matter until such time as the Court can rule upon the Plaintiff's recently filed Motion to Remand. In support of this Motion to Stay, the Plaintiff states as follows:

1. This matter was removed to this Court on or about November 29, 2000. The Plaintiff has timely filed a Motion to Remand which specifically challenges the propriety of the removal. The Plaintiff further contends that the Motion to Remand is due to be granted, given that this Court has previously addressed this issue in identical case styled as *Marshall v. American General Life and Accident Insurance Co., et al.*, CV#: 00-D-854-N (Exhibit A).

WHEREFORE, the Plaintiff requests an Order from this Court staying all matters until such time as the Court has the opportunity to properly consider the Plaintiff's Motion to Remand.

Respectfully submitted,

_____
DAVID M. COWAN,
Attorney for Plaintiff,
Ruby Kendrick

**OF COUNSEL:**
**MANN & COWAN, P.C.**
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Christopher P. Turner, Esq.
P. O. Box 400
Abbeville, AL 36310

Lee M. Bains, Jr., Esq.
Michael D. Mulvaney, Esq.
J. Alan Baty, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Robert S. W. Given, Esq.
BURR & FORMAN, L.L.P.
420 20th Street North
SouthTrust Tower, Suite 3100
Birmingham, AL 35203

  This the 13 day of Dec., 2000.

_____
OF COUNSEL