

[FILED]

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

DEC 15 2000

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RUBY KENDRICK, )
    Plaintiff, )
    v. ) CIVIL ACTION NO. 00-T-1633-E
AMERICAN GENERAL LIFE AND )
ACCIDENT INSURANCE COMPANY, )
et al., )
    Defendants. )

## ORDER

For good cause, it is ORDERED that this case is set for a Rule 16 status conference on December 19, 2000, at 8:30 a.m. at the Frank M. Johnson, Jr. Federal Building and Courthouse in Montgomery, Alabama. Counsel for all parties must be present.

If any attorney desires that the conference be conducted by telephone, he or she must arrange for the telephone conference call. The attorney must also notify the court and all other attorneys of the arrangement at least two days prior to the status conference.

The clerk of the court is DIRECTED to furnish a copy of this order to counsel for the parties by facsimile transmittal.

DONE, this the 15th day of December, 2000.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE