

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED

DEC 20 2000

CLERK
U.S. DISTRICT CT
DIST. OF
MERY, ALA

RUBY KENDRICK,                       )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )    CIVIL ACTION NO. 00-T-1633-E
                                     )
AMERICAN GENERAL LIFE AND            )
ACCIDENT INSURANCE COMPANY,          )
et al.,                              )
                                     )
        Defendants.                  )

ORDER

It is ORDERED that the motion to stay proceedings, etc., filed by plaintiff on December 15, 2000, is denied.

The clerk of the court is DIRECTED to furnish a copy of this order to counsel for the parties by facsimile transmittal.

DONE, this the ____ day of December, 2000.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE

10