13

13

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED
DEC 20 2000

| | |
|---|---|
| RUBY KENDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 00-T-1633-E |
| ) | |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to remand filed by plaintiff on December 15, 2000, is set for submission, without oral argument, on January 5, 2001, with all briefs due by said date.

The clerk of the court is DIRECTED to furnish a copy of this order to counsel for the parties by facsimile transmittal.

DONE, this the 19TH day of December, 2000.

MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE