15

15

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2001 JAN -5  P 2: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RUBY KENDRICK, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

## OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Defendant American General Life and Accident Insurance Company ("American General") respectfully submits this opposition to Plaintiff's Motion to Remand.

1. On November 29, 2000, American General removed this case to this Court citing the fraudulent joinder of Jamey Siggers as grounds for the removal. American General's Notice of Removal sets out its arguments for removal along with supporting case law.

2. This Court recently considered plaintiffs' motions to remand in other cases removed from state court by American General. *See Freddie Bogan, et al. v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1589-N; *Bertha Dozier v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1436-N; *Sandra Johnson v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1534-N; *Queen Mills, et al. v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1420-S; *Johnny Feggins v. American General Life and Accident Ins. Co., et al.*, CV-00-T-

00637312.1

1486-N; *Hervine Bedgood, et al., v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1394-N; *Dorothy Johnson v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1531-N; *Ethel Lee Walker v. American General Life and Accident Ins. Co., et al.*, CV-00-T-1427-N. American General's arguments supporting the removal of those cases are substantially similar to the arguments supporting the removal of the case at bar. The Court remanded the other cases back to their respective state courts. Though American General respectfully disagrees with the Court's reasoning for remanding the other cases, American General concedes that there is no material difference between the removal issues decided in the other cases and the removal issues to be decided in the case at bar.

    3.    For the reasons set forth in its Notice of Removal, American General asks this Court to deny Plaintiff's Motion to Remand.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)
Attorneys for Defendant American General Life and Accident Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

00637312.1

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

David M. Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL  35209

Robert S. W. Given
Burr & Forman, L.L.P.
3100 SouthTrust Tower
420 20th Street North
Birmingham, Alabama 35203

on this the 5th day of January, 2001.

_____
OF COUNSEL