

16

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED
JAN 8 2001

U.S. DISTRICT C...
MID. DIST. OF
MONTGOMERY, ALA.

| | | |
|---|---|---|
| RUBY KENDRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-T-1633-E |
| | ) | |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This lawsuit, which was removed from state to federal court based on diversity-citizenship jurisdiction, 28 U.S.C.A. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. After a careful review of all briefs and evidence, the court agrees with plaintiff that this case should be remanded to state court. The court agrees with plaintiff that there has been neither fraudulent joinder, see Coker v. Amoco Oil Co., 709 F.2d 1433, 1440-41 (11th Cir. 1983); see also Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989), nor fraudulent misjoinder, see Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand, filed on December 15, 2000, is granted and that, pursuant to 28 U.S.C.A. § 1447(c), this cause is remanded to the Circuit Court of Chambers County, Alabama.

It is further ORDERED that any and all other outstanding motions are left for resolution by the state court after remand.

EOD 1-8-01

14

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

The clerk of the court is DIRECTED to furnish a copy of this order to counsel for the parties by facsimile transmittal.

DONE, this the 8TH day of January, 2001.

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE