

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CIVIL ACTION NUMBER ) CV-00-256 |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## AMERICAN GENERAL'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF(S)

Pursuant to Rules 26, 33, and 34 of the applicable rules of civil procedure, Defendant American General Life and Accident Insurance Company (hereinafter "American General") propounds the following interrogatories and requests for production to Plaintiff(s). The interrogatories are to be answered under oath within thirty days, and the requested documents and things are to be made available for inspection, examination, copying and photographing at Maynard, Cooper & Gale, P.C., 1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama, within thirty days or at such other time and place as may be agreed upon by counsel. These discovery requests are made without waiver of this or any other Defendants' rights under 28 U.S.C.§ 1441 or the right to compel arbitration under any applicable arbitration provision.

## DEFINITIONS

Unless otherwise defined, the following definitions apply:

1. "Document" shall mean all documents in the broadest sense as defined in Rule 34(a) of the applicable rules of civil procedure (including, but not limited to, written, typewritten, printed,

recorded, charted, taped, graphic, magnetic, photographed, filmed, and computer-based matter) and any drafts or copies thereof.

2.     "American General" shall mean Defendant American General Life and Accident Insurance Company, American General Life Insurance Company, The Independent Life and Accident Insurance Company, Equitable Life Insurance Company, Gulf Life Insurance Company, Home Beneficial Life Insurance Company, Home States Life Insurance Company, Interstate Life Insurance Company, Knight's Life Insurance Company, Life and Casualty Insurance Company, National Life and Accident Insurance Company and any other affiliated companies.

3.     "Defendants" shall mean the defendants named in the Complaint.

4.     "You" (and any form thereof, including "your") shall refer to Plaintiff(s) or any agent or employee of Plaintiff(s), including (a) experts whom Plaintiff(s) expects to call as witnesses at trial, (b) attorneys retained by Plaintiff(s), and (c) persons who have access to the requested information or from whom Plaintiff(s) can obtain such information.

5.     "Identify" has the following meanings in the following contexts:

    (a)    When used with respect to a person or persons, to "identify" means to provide each such person's name, age, last known residence address, last known business address, home telephone number, work telephone number, employer, and place of employment.

    (b)    When used with respect to a place, to "identify" means to provide the address, city or town, county, and state where that place is located.

    (c)    When used with respect to a document, to "identify" means to provide that document's current location, author, date, the identity of each recipient, and the subject matter of the document.

(d) When used with respect to an expert witness, to "identify" means to provide the subject matter on which the expert is expected to testify, the substance of the facts upon which or about which the expert is expected to testify, the substance of the opinion or opinions as to which such expert is expected to testify, and a summary of the grounds for each opinion to which each such expert is expected to testify.

(e) When used with respect to an act, circumstance, occurrence, occasion, meeting, transaction, or conversation (collectively, an "act"), to "identify" means to set forth the event or events constituting such act, the act's location, its date and the persons participating, present, or involved, the substance of what was said by each such person identified, and the documents relating or referring in any way thereto.

## **INTERROGATORIES**

1. Please state your full name (and every name you have ever been known by, including, but not limited to, your maiden name), date and place of birth, social security number, telephone number, present home address, length of residence there, and identify all persons residing in the same residence with you at any time during the past five years.

2. List the names and addresses of all persons known to you or your agents with knowledge or information regarding any of the claims alleged by you in the Complaint. This request includes, but is not limited to, all persons known to you or your agents who were witnesses to any of the events forming the basis of your Complaint in this case.

3. Identify each person whom you expect to call as an expert witness at the trial of this civil action, state the substance of the facts and opinions to which the expert is expected to testify, and provide a summary of the grounds for each opinion.

4. With respect to any expert witness listed in response to the preceding interrogatory,

3

provide the complete case style, jurisdiction, and civil action number for every civil action in which that witness has testified either by deposition or in open court.

5. Please identify each expert used for consultation purposes who is not expected to testify at trial but whose opinions or impressions have been reviewed by a testifying expert, and state all information requested in the preceding two interrogatories with respect to such consulting expert.

6. Identify by last known name, address, telephone number and employer each and every person from whom you or anyone acting on your behalf (including, without limitation, your attorneys, any investigator working for your attorneys, or you, or any other person) have obtained a statement or affidavit of any type (e.g. written, recorded or otherwise) concerning any fact, matter or event having any connection or relevance whatsoever to any aspect of this lawsuit. To the extent any person has been interviewed but did not necessarily give a "statement," separately identify each such person.

7. Please identify and describe in detail any kind of accord or settlement, in whole or in part, and any agreement or understanding of any kind, reached by you with any other person or entity regarding any of the claims and allegations in this civil action.

8. Please describe in detail your claims and contentions in this civil action and state each theory of recovery for which you seek damages from Defendant(s).

9. Please list all schools, colleges, universities, trade schools, vocational schools and other educational institutions which you have attended above and including the high school level, and provide the dates of graduation or date last attended, degrees or certificates received, and course of study at each institution.

4

10. Please identify each and every lawsuit in which you have been involved or are currently involved, either as a plaintiff, defendant, or witness. For each such lawsuit, tell whether you were a plaintiff, defendant, or witness, and identify the court, jurisdiction, case number, final disposition (if the case has concluded), and nature of the case.

11. Please identify each and every claim in which you or any member of your immediate family (e.g., current or former spouse, brother or sister, mother or father, son or daughter) have been involved or are currently involved against any retail, finance or insurance entity wherein you or anyone acting on your behalf claimed or continues to claim that you were defrauded or in any manner misled regarding any aspect of a transaction. For each such claim, identify in full and complete detail your involvement, the status of the claim, the final disposition (if the claim has been concluded) and all attorneys involved on your behalf.

12. Identify all civic organizations, social organizations, and churches in which you are (or were) a member or in which you are active. Provide this information for the time period from 1985 to the present.

13. Identify by last known name, address, telephone number and employer any and all "pattern and practice" witnesses that you or your lawyers claim experienced conduct in any way similar to that alleged in your lawsuit.

14. If you have ever been arrested or convicted of a crime other than a traffic violation, identify the alleged crime, date of arrest, the court hearing the case, case number, jurisdiction, and outcome of the proceeding.

15. Have you ever filed a bankruptcy petition, voluntary or involuntary? If so, please identify the court in which such petition was filed, the case number, the attorney representing you in that bankruptcy, and the date you received a discharge.

16. Name each person, firm or corporation for whom you have worked for the time period from two years prior to the issuance of the oldest policy upon which this lawsuit is based to the present date, stating the kind of work you did for each such employer, the date on which you began working for each such employer, the amount of annual compensation you received from each such employer, the date on which you stopped working for each such employer, and the reason you stopped working for each such employer.

17. Identify your current sources of income and state the amount of income received monthly from each such source.

18. Identify and attach to your answers all of your income tax returns, 1099's, W2's, financial statements, or other similar financial documents for the last ten years.

19. Please identify and describe every item of special, incidental or consequential damages for which you seek recovery in this lawsuit.

20. Please identify all agents or employees of American General with whom you have dealt at any time, either in person, in writing, or by telephone, and identify the time frame in which you dealt with each.

21. Without regard to whether the policies are still in force, please list all of your life, accident, disability, property, fire, hospital and health insurance policies issued by any company from the time period two years prior to the issuance of the oldest policy upon which this lawsuit is based to the present, including, but not limited to, the policies referenced in your Complaint. Your

6

answer should include all policies in which you are/were the owner, insured, beneficiary, and/or premium payor (including policies on family members other than yourself).

22. List any and all claims you have filed on any life, accident, disability, property, fire, hospital or health insurance policy, including the name of the carrier, type of policy, policy number, date of claim, and disposition of claim.

23. List any and all insurance policies you have ever held which have been canceled by the carrier or on which you decided to stop paying premiums for whatever reason, including the name of carrier, type of policy, policy number, date of cancellation and reason for cancellation.

24. Please list any and all insurance policies you purchased from American General and/or any of its agents. Please include the type of policy purchased, date purchased and agent from whom you purchased it.

25. Identify each and every transaction where you had applied for or received credit or financing or any type. Describe the entity with whom you received the credit or financing, the relevant dates, the amount of credit and, the current status of this account and the account number.

26. Identify and describe every bank, credit union or other financial institution where you have held an account of any type, the date or dates you have held these accounts, the type of account (e.g., checking, savings or otherwise), the account numbers and specific branch where you maintained the account.

27. List each instance from January 1, 1985, to present, in which you personally owed any money or refinanced or renewed any loan. For each such instance, please provide the date of the loan or refinancing or renewal, identify the entity from whom you borrowed the funds, the

7

purpose of the loan, and whether you secured or obtained any type of insurance with respect to any such transaction.

28.     Please identify by name, address and place of employment your current spouse, (common law or otherwise) if married, any other person or persons to whom you have been married previously (common law or otherwise), and your children.

29.     Please identify by full name, address, telephone number and employer all persons living in the county in which you filed this action who are related to you by blood or marriage (including previous or common law marriages).

30.     Identify each person who provided information used in preparing answers to these interrogatories and indicate, by paragraph number, the answer or answers for which each such person provided information.

## **DOCUMENTS REQUESTED**

1.      Produce the originals of all insurance policies of any kind issued to you or your family members by American General, including, but not limited to, the policies referenced in your Complaint, and without regard to whether such policies are presently in force.

2.      Produce the originals of all insurance policies of any kind issued to you by a carrier other than American General, and without regard to whether such policies are presently in force.

3.      Produce all documents of any kind (including but not limited to, canceled checks, receipts, receipt books, premium receipt books, point of sale (POS) receipts, marking cards, bank statements, and paycheck stubs) that refer to, reflect or evidence any premium payments made at any time on any insurance policy issued to you or your family members by American General, including,

8

but not limited to, the policies referenced in your Complaint, and without regard to whether such policies are presently in force.

4. If you or anyone acting on your behalf (including, without limitation, your attorney or their representatives) have had any communication with American General or any of its agents, servants, or employees, including, but not limited to, the agents referenced in your Complaint, whether in person, in writing or by telephone, produce all documentation that refers to, reflects, or evidences each such communication.

5. If you or anyone acting on your behalf (including, without limitation, your attorney or their representatives) have had any communication with the Alabama Department of Insurance or any other entity or individual regarding matters alleged in the Complaint, produce all documentation that refers to, reflects, or evidences each such communication.

6. Produce all correspondence or records of communications of any type either sent by you or your agents or received by you or your agents regarding any insurance policies issued to you by American General or any claims that you have made at any time on any such policy.

7. Produce all documents provided by you or anyone on your behalf to any expert witness, or any other party or individual, regarding any of the allegations, matters, or items set forth in your Complaint.

8. If you claim damages for mental anguish or emotional distress, produce all documents, including medical records, which evidence, relate to or support the allegation that you have suffered mental anguish or emotional distress.

9. Produce any and all documents relating, referring or pertaining to any and all insurance policies, financial transactions, financial accounts, or any other insurance or financial matter identified and discussed in your responses to any interrogatories served on you in this lawsuit.

10. Produce all documents that tend to demonstrate, support, relate or refer in any way to your allegations in the Complaint.

11. Produce all documents that tend to demonstrate, refute or tend to refute your allegations in the Complaint.

12. Produce any and all documents identified or identifiable in response to any interrogatories served on you in this lawsuit.

13. Any and all documents that are or could arguably be construed as documents created by or belonging to American General.

14. Any and all documents which refer or relate to any of the damages you claim to have sustained as a result of any acts or omissions of American General.

15. Produce the items that were mailed to you advising you of the settlement of the class-action relating to your American General insurance policies.

16. Please produce a copy of the class action opt-out notice that you filed (or that was filed on your behalf) relating to your American General insurance policies.

17. Produce all documents relating to any insurance policy issued to you or a member of your family by American General.

18. Produce all documents given or sent to you or a member of your family by American General or any of its agents, servants or employees.

19. Produce all documents that you reviewed in preparation for this deposition.

10

In the event any document is withheld under a claim of privilege, please provide (i) a description of the nature and date of the document, (ii) a summary of the contents of the document, (iii) the names of the sender and recipient of the document and (iv) a statement of the basis on which the privilege is claimed.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)

Attorneys for Defendants American General Life and Accident Insurance Company and American General Life Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by hand delivery to:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL  35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the 9th day of January, 2001.

_____
OF COUNSEL