

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **RUBY KENDRICK,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV-00-T-1633-E |
| **AMERICAN GENERAL LIFE AND** | ) |
| **ACCIDENT INSURANCE CO., et al.,** | ) |
| **Defendants.** | ) |

## NOTICE OF TAKING DEPOSITION

Please take notice that on the **30th** day of **January, 2001**, at **9:00 a.m.** at Mann & Cowan, P.C., 2000-B SouthBridge Parkway, Suite 601, Birmingham, Alabama, upon oral examination before an officer authorized by law to administer oaths and pursuant to Alabama Rules of Civil Procedure 30(b)(5)&(6), the Plaintiff will take the deposition of **Clyde Smith**.

With regard to the location of the incident made the basis of the complaint. **The matters on which examination is requested are:**

> Any and all documents of whatever kind or nature which describe or identify by form number, policy type and/or policy amount, those policies sold and/or maintained with race based premiums that were issued by American General or any subsidiary or subsumed insurance company, including but not limited to Independent Life, Gulf Life and/or Interstate Life.

Pursuant to Rule 30(b)(5), Plaintiff requests that, at the time and place of the taking of said deposition, said corporation produce for inspection and copying a copy of each note, memorandum, item of correspondence, picture, drawing or other document evidencing or relating to all matters described above as they relate to the occurrence made the basis of Plaintiff's complaint.

Respectfully submitted,

*David M Cowan*
DAVID M. COWAN,
Attorney for Plaintiff

**OF COUNSEL:**
**MANN & COWAN, P.C.**
Suite 601
2000-B SouthBridge Parkway
Birmingham, AL 35209
(205) 879-9661

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Christopher P. Turner, Esq.
P. O. Box 400
Abbeville, AL 36310

Lee M. Bains, Jr., Esq.
Michael D. Mulvaney, Esq.
J. Alan Baty, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Robert S. W. Given, Esq.
BURR & FORMAN, L.L.P.
420 20th Street North
SouthTrust Tower, Suite 3100
Birmingham, AL 35203

This the 9 day of January, 2006.

*David M Cowan*
OF COUNSEL

2