

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

RUBY KENDRICK, )
)
      Plaintiff, )
)
VS. ) CIVIL ACTION NUMBER
) CV-00-256
AMERICAN GENERAL LIFE AND )
ACCIDENT INSURANCE COMPANY, )
et al., )
)
      Defendants. )

## NOTICE OF SERVING DISCOVERY

Defendant American General Life and Accident Insurance Company ("American General") hereby gives notice that it served a copy of the following discovery on counsel for the Plaintiff(s) by hand delivery on January 9, 2001.

1. American General's First Set of Interrogatories and Requests for Production; and

2. American General's Notice of Taking Deposition of Plaintiff(s) on January 25, 2001 at 9:00 a.m.

Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)

Attorneys for Defendants American General Life and Accident Insurance Company and American General Life Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

FILED IN OFFICE THIS

JAN 1 6 2001

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by hand delivery to:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL 35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the 9th day of January, 2001.

_____
OF COUNSEL