

Case 3:05-cv-00762-CSC    Document 2-23    Filed 08/10/2005    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY KENDRICK,<br><br>　　Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE AND<br>ACCIDENT INSURANCE CO., et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   CV-00-T-1633-E<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW K. Stephen Jackson and the firm of JACKSON, FRALEY and SHUTTLESWORTH., and appears as co-counsel of record for Plaintiff, RUBY KENDRICK.

　　　　　　　　　　　　　　　　　　　　　　_K. Stephen Jackson_
　　　　　　　　　　　　　　　　　　　　　　K. STEPHEN JACKSON,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**OF COUNSEL:**
**JACKSON, FRALEY & SHUTTLESWORTH**
Landmark Center - Suite 200
2100 1st Avenue North
Birmingham, AL 35203
Phone: (205) 252-3535

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Christopher P. Turner, Esq.
P. O. Box 400
Abbeville, AL 36310

David M. Cowan, Esq.
MANN & COWAN, P.C.
2000B SouthBridge Parkway
Suite 601
Birmingham, Alabama 35209

Lee M. Bains, Jr., Esq.
Michael D. Mulvaney, Esq.
J. Alan Baty, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Robert S. W. Given, Esq.
BURR & FORMAN, L.L.P.
420 20th Street North
SouthTrust Tower, Suite 3100
Birmingham, AL 35203

This the 21 day of Feb, 2000.

_____
OF COUNSEL