

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

**ORDER**  CV00-242

It is hereby Ordered that there be a call of the Civil Jury Docket for the Circuit Court of Chambers County, on the 25th day of June, 2001, at 9:00 a.m. The purpose of this docket call is to set cases for trial during the term of court which commences on the 10th day of September, 2001, 9:00 a.m. Unless otherwise agreed upon by counsel, and subject to other pre-trial orders which may have been or which may be entered:

1. At least ten (10) days prior to trial the parties shall furnish to each other all photographs, bills, statements or other exhibits they intend to introduce into evidence, whether in possession of counsel, their client, or witnesses. In the event any exhibit exceeds seven (7) pages, counsel shall make that document available for inspection. All of the above shall be deemed authentic and admissible without predicate unless the opposing party objects in writing within three (3) days of receipt. Provided, however, that this provision is not intended to make legally inadmissible evidence admissible. Parties are not required to furnish copies of exhibits previously filed pursuant to a subpoena duces tecum or which may have been produced in the course of discovery. However, counsel shall list those items.

2. In addition to the above provision, all doctor and medical bills, and any hospital records furnished to counsel during discovery or otherwise during the course of trial preparation shall be deemed reasonable and necessary. Said medical bills and hospital records shall be admissible without further predicate unless the opposing party objects within three (3) days of receipt.

3. At least fifteen (15) days prior to trial counsel shall exchange witness lists to include addresses. This provision does not apply to rebuttal witnesses. Counsel may supplement this list up to ten (10) days prior to trial.

4. If any of the information contained in the above paragraphs is furnished by mail, it shall be post-marked at least eighteen (18) prior to trial.

5. A trial docket will be sent to counsel by the Circuit Clerk's Office.

6. Discovery shall be complete ten (10) days prior to trial. Provided, however, that the Court may allow discovery within ten (10) days of trial in special circumstances.

7. Unless an objection is interposed within ten (10) days of the date of the filing of this Order all parties will be deemed to be properly named.

A copy of this Order shall be sent by the Clerk to counsel.

Signed this the 1st day of May, 2001.

                                           RAY D. MARTIN
                                           CIRCUIT JUDGE



FILED IN OFFICE THIS

MAY 3 2001

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA