



\* \* \* IN THE CIRCUIT COURT OF CHAMBERS COUNTY \* \* \*

RUBY KENDRICK VS AMERICAN GENERAL, ET AL
PL ATTY: COWAN DAVID MORRISON        DEF ATTY: BAINS LEE E JR
        JACKSON K STEPHEN                      MULVANEY MICHAEL DOUGLAS
                                               BATY JOHN ALAN


         CASE: CV 2000 000256.80
        JUDGE: HON RAY D MARTIN
CASE SET FOR: DOCKET CALL JURY
 ON THIS DATE: 06/25/2001 AT: 0900 AM
        PLACE: UPSTAIRS
               CHAMBERS COUNTY COURTHOUSE
                  ALABAMA

THIS CIVIL JURY DOCKET CALL IS TO SET CASES FOR TRIAL FOR THE FALL
TERM OF COURT WHICH COMMENCES ON THE 10TH DAY OF SEPTEMBER, 2001.

DOCKET AVAILABLE UPON REQUEST.
REMINDER----WE ARE ON CENTRAL TIME ZONE!!!!!


                        CASE 0060 OF 0063 CASES            FORM: A465
(05/04/2001)   OPER: THW