

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE CO., et al., | ) ) ) |
| Defendants. | ) |

## MOTION FOR SPECIAL APPOINTMENT OF PROCESS SERVER

Plaintiffs move this court to designate Patrick Caver to serve process on Defendant Jamey Siggers. In support of this motion, plaintiffs show the Court that:

1. The appointment of a special process server is necessary to expedite service of the Complaint; and

2. Patrick Caver is more than eighteen (18) years of age and is not a party to the referenced suit.

_____
DAVID M. COWAN
Attorney for Plaintiff

**OF COUNSEL:**
**MANN & COWAN, P.C.**
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209
Phone: (205) 879-9661
Fax: (205) 879-9663
E-mail: david@mc.pcmac.org

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Christopher P. Turner, Esq.
P. O. Box 400
Abbeville, AL 36310

K. Stephen Jackson, Esq.
JACKSON, FRALEY & SHUTTLESWORTH
Landmark Center - Suite 200
2100 1st Avenue North
Birmingham, AL 35203

Lee M. Bains, Jr., Esq.
Michael D. Mulvaney, Esq.
J. Alan Baty, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Robert S. W. Given, Esq.
BURR & FORMAN, L.L.P.
420 20th Street North
SouthTrust Tower, Suite 3100
Birmingham, AL 35203

This the 21 day of June, 2001.

_____
OF COUNSEL

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE CO., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER SPECIALLY APPOINTING PROCESS SERVER**

This cause having come to be heard this the _____ day of _____, 2001 on the *ex parte* application of plaintiff for the special appointment of a process server in the above-styled cause. Upon consideration of the application of the grounds asserted therefore, said application is hereby granted and is accordingly

ORDERED, ADJUDGED and DECREED that **Patrick Caver** of Birmingham, Alabama be and hereby is specially appointed process server in the above-styled cause.

Done this the _____ day of _____, 2001.

_____
CIRCUIT JUDGE