27

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND | ) |
| ACCIDENT INSURANCE CO., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER SPECIALLY APPOINTING PROCESS SERVER

This cause having come to be heard this the ___3___ day of ___July___, 2001 on the *ex parte* application of plaintiff for the special appointment of a process server in the above-styled cause. Upon consideration of the application of the grounds asserted therefore, said application is hereby granted and is accordingly

ORDERED, ADJUDGED and DECREED that **Patrick Caver** of Birmingham, Alabama be and hereby is specially appointed process server in the above-styled cause.

Done this the ___3___ day of ___July___, 2001.

_____
CIRCUIT JUDGE

FILED IN OFFICE THIS
JUL 3 2001
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA