

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )   CASE NO. CV-00-256 |
| | ) |
| AMERICAN GENERAL, ET. AL., | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER

The above cause shall be set for trial on November 26, 2001, at 9:00 a.m.

If counsel for all parties so stipulate, a different Scheduling Order, from that previously entered, will be approved by the Court. Counsel should submit said proposed Order within ten days of this Order.

Let a copy of this Order issue.

Signed this the 29th day of June, 2001.

                                                                                       RAY D. MARTIN
                                                                                       CIRCUIT JUDGE

FILED IN OFFICE THIS

JUL 9 2001

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA