30

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | CV-00-256 |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVING DISCOVERY

Defendant American General Life and Accident Insurance Company ("American General") hereby gives notice that it served a copy of the following discovery on counsel for the Plaintiff(s) by facsimile and U.S. Mail August 9, 2001.

1. American General's Objections and Responses to Plaintiff's First Interrogatories and Requests for Production.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)

Attorneys for Defendants American General Life and Accident Insurance Company and American General Life Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

FILED IN OFFICE THIS

AUG 1 0 2001

CHARLES W. STORY
CLERK
ALA.

00638724.1

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by facsimile and by depositing a copy in the United States Mail, first-class postage prepaid and addressed to:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL 35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the 9th day of August, 2001.

_____
OF COUNSEL

00638724.1

2