35

35

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | CV-00-T-1633-E |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE CO., et al., ) | |
| ) | |
| Defendants. ) | |

### Plaintiff's Response to Request for Admissions

1. - 38.  Plaintiff is unable to admit or deny these requests.  At the time these cases were filed, and at the Defendant's request, discovery was stayed and/or put on hold in order that the parties might undertake an effort to resolve these cases.  The Plaintiff, units the Request for Admissions were filed, was under the impression that these efforts were continuing.  However, given that these efforts have apparently ended, the Plaintiff is ready to proceed with discovery.  At the time this discovery is completed, the Plaintiff will be in a position to respond to these discovery requests.  Alternatively, the Defendants are referred to the Complaint.  Very specific allegations and contentions are made therein and the Plaintiff objects to being required to respond to the requests of the Defendant when discovery filed with the Complaint had not been answered.  Further, if the Defendant is unsure of the Plaintiff's allegations, then the appropriate remedy is to  request a more definite statement within the Complaint.

Respectfully Submitted,

_____
DAVID M. COWAN, Attorney for Plaintiff

**OF COUNSEL:**
MANN, COWAN & POTTER, P.C.
2000B SouthBridge Pkwy.
St. 601
Birmingham, AL 35209

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the U. S. Mail, properly addressed and first-class postage prepaid:

Lee M. Bains, Jr., Esq.
Michael D. Mulvaney, Esq.
J. Alan Baty, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602

Robert S. W. Given, Esq.
BURR & FORMAN, L.L.P.
420 20th Street North
SouthTrust Tower, Suite 3100
Birmingham, AL 35203

Nicholas Wooten, Esq.
Nicholas Heath Wooten & Associates, LLC
P. O. Drawer 290
Lafayette, AL 36862

This the 11 day of October, 2001.

_____
OF COUNSEL

2