36

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

**RUBY KENDRICK,**    )
    )
    **Plaintiff,**    )
    )
**VS.**    )    **CIVIL ACTION NUMBER**
    )    **CV-00-256**
**AMERICAN GENERAL LIFE AND**    )
**ACCIDENT INSURANCE COMPANY,**    )
**et al.,**    )
    )
    **Defendants.**    )

```
FILED IN OFFICE THIS

    OCT 1 5 2001

CHARLES W. STORY
   CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA
```

### NOTICE OF SERVING DISCOVERY

Defendant American General Life and Accident Insurance Company ("American General")

hereby gives notice that it served a copy of the following discovery on counsel for the Plaintiff(s)

by placing a copy in the United States Mail, first class postage paid, on October 4, 2001:

1.    American General's First Set of Requests for Admissions.

_____
Lee E. Bains, Jr. (BAI005)
Michael D. Mulvaney (MUL012)
J. Alan Baty (BAT029)

Attorneys for Defendants American General Life and
Accident Insurance Company

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000
Fax: (205) 254-1999

00638724.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy in the United States Mail, first-class postage prepaid and addressed to:

David Cowan
Mann & Cowan, P.C.
Suite 601
2000-A SouthBridge Parkway
Birmingham, AL 35209

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the _4th_ day of _October_ , 2001.

_____
OF COUNSEL

00638724.1                                        2