38

38



\* \* \* IN THE CIRCUIT COURT OF CHAMBERS COUNTY \* \* \*

CASE(S) LISTED BELOW ARE SET ON 07/09/2002
    AT:
        CHAMBERS COUNTY COURTHOUSE
        ALABAMA

```
C  E NUMBER      PARTY NAME                   TIME    DESCRIPTION
CV200000024280 AMERICAN GENERAL LIFE & ACCI 0900AM DOCKET CALL JURY
** STYLE: JENNIFER WHITAKER VS AMERICAN GENERAL, ET AL
C  00000025680 AMERICAN GENERAL LIFE         0900AM DOCKET CALL JURY
*  STYLE: RUBY KENDRICK VS AMERICAN GENERAL, ET AL
C  :00100011100 AMERICAN GEN LIFE & ACCIDENT 0900AM DOCKET CALL JURY
** STYLE: EMMA R SPENCE VS AMERICAN GEN LIFE & ACCID, ET AL
```

PER JUDGES ORDER THESE CASES ARE CON'T UNTIL FALL 2002
TERM OF COURT (SEPT).  ABOVE DATE IS FOR DOCKET CALL.

(01/10/2002)    OPER: BAT                              FORM: A465