39

39

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| RUBY KENDRICK, | ) |
| Plaintiff, | ) |
| v. | ) CV 2000-256 |
| AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, ET AL., | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Comes now J. Alan Baty and gives notice of his withdrawal as one of the attorneys of record for Defendant American General Life and Accident Insurance Company ("American General"). As grounds for this notice, the undersigned states that he is no longer with the firm of Maynard, Cooper & Gale, P.C. Lee E. Bains, Jr., and Michael D. Mulvaney will continue to represent American General.

_____
J. Alan Baty (BAT029)

One of the Attorneys for Defendant, American General Life and Accident Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

00711881.1



FILED IN OFFICE THIS

MAR 15 2002

Charles W. Story
Circuit Clerk
Chambers County, Alabama

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on the following counsel by placing same in the United States Mail, first class postage prepaid and addressed to:

David M. Cowan
Mann & Cowan, P.C.
Suite 601
2000B SouthBridge Parkway
Birmingham, AL 35209

Robert S.W. Given
Burr & Forman LLP
SouthTrust Tower, Suite 3100
420 20th Street North
Birmingham, AL 35203

on this the 14th day of March, 2002.

_____
OF COUNSEL

00711881.1

-2-