40



\* \* \* IN THE CIRCUIT COURT OF CHAMBERS COUNTY \* \* \*

RUBY KENDRICK VS AMERICAN GENERAL, ET AL
```
  ATTY: COWAN DAVID MORRISON      DEF ATTY: BAINS LEE E JR
        JACKSON K STEPHEN                   MULVANEY MICHAEL DOUGLAS
        WOOTEN NICHOLAS HEATH


         CASE:  CV 2000 000256.80
        JUDGE:  HON TOM F YOUNG
 CASE SET FOR:  DOCKET CALL JURY
 ON THIS DATE:  07/09/2002 AT: 0900 AM
        PLACE:  UPSTAIRS
                CHAMBERS COUNTY COURTHOUSE
                ALABAMA
```

THIS IS A CIVIL JURY DOCKET CALL TO SET CASES FOR TRIAL FOR THE JURY
TERM WHICH COMMENCES ON THE 9TH DAY OF SEPTEMBER, 2002.  CASES WITH
PENDING MOTIONS WILL BE SCHEDULED FOR A PRE-TRIAL CONFERENCE ON
THE 22ND DAY OF AUGUST, 2002 @9:00 A.M.
DOCKET AVAILABLE UPON REQUEST.

REMINDER:  WE ARE ON CENTRAL TIME!!!!!


                    CASE 0041 OF 0091 CASES
(05/23/2002)   OPER: THW                         FORM: A465