41

# IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

## ORDER OF CONTINUANCE

The following cases have been continued from the 2002 Fall Civil Jury Term and shall be reset during the 2003 Spring Civil Jury Term:

| Case No. | Caption |
|---|---|
| CV-98-207 | William Redden, Admin. v. Lanier Memorial Hospital, et al |
| CV-99-166 | Elnora James, Admin. v. Nichalas P. Wright, et al |
| CV-00-034 | Edna McKinnon v. Westpoint Stevens, Inc. |
| CV-00-049 | Willie Bailey, et al v. Celtic Life Ins. Co., et al |
| CV-00-213 | Ethel H. Reddick v. Christopher D. Thomas |
| CV-00-241 | James J. Pitts, et al v. Scott T. Langley, et al |
| CV-00-242.80 | Jennifer Whitaker v. American General, et al |
| CV-00-256.80 | Ruby Kendrick v. American General, et al |
| CV-00-288 | Robert B. Ray, et al v. Chambers County, Ala, et al |
| CV-00-290 | Miles B. West, III, etc. v. Max Ronald Shiver, et al |
| CV-01-012 | Martha Watson v. Pioneer Housing Systems, Inc, et al |
| CV-01-029 | Kathy Herring v. Garry Lee Weldon |
| CV-01-033 | Michael & Juanita Thomas v. Morrison Berkshire, Inc. |
| CV-01-068 | Sandra Roberts v. William Holloway, et al |
| CV-01-080 | Shamika Marshall, etc. v. Barbara P. King, et al |
| CV-01-098 | K.C. Jones, etc. v. National Security Ins. Co. |
| CV-01-109 | Emma Dora Broom v. American General Life & Accident, et al |
| CV-01-111 | Emma R. Spence v. American General Life & Accident, et al |
| CV-01-133.80 | Barry M. Robinson v. Kardoes Rubber Co., Inc. |
| CV-01-150 | Michael A. Bailey v. Cuna Mutual Group, et al |
| CV-01-157 | Bruce Williamson, et al v. Vernon Brown |
| CV-01-179 | Yasenia Bailon, et al v. Michelin of North America, et al |
| CV-01-200 | James D. Calhoun v. Lyman Melbourne Penn, et al |
| CV-01-206 | James Gunn, et al v. Southern Life & Health Ins Co, et al |
| CV-01-207 | George Alford v. State Farm Life Ins Co, et al |
| CV-01-239 | Jerry Rudd, et al v. Horton Homes, et al |
| CV-01-240 | Charles E. Cresawn v. Cellular One, et al |
| CV-01-273 | Jennie Giongetti, et al v. Waverlee Homes, et al |
| CV-01-274 | Harold L. Lauderdale v. Johnston Industries Ala, Inc. |
| CV-01-278 | Gary Gerber v. United Healthcare Ins. Co. |
| CV-01-298 | Jamie Carson, et al v. Nellie Marby Wright, et al |
| CV-01-300 | Wanda Holcomb v. Ronnie Smiths Home Center, et al |
| CV-01-305 | Vickie Owensby Turner v. C & C Manufacturing Homes, Inc. |
| CV-01-308 | Janet Roberts v. Best Deal Mfg Homes, et al |

DONE this the 16th day July, 2002.

TOM F. YOUNG, JR.
Circuit Judge

FILED IN OFFICE THIS
JUL 17
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

ORIGINAL