IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RUBY KENDRICK, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION NO.
) 3:05cv762-C
AMERICAN GENERAL LIFE AND )
ACCIDENT INSURANCE COMPANY, )
et al., )
)
    Defendants. )

## DEFENDANT AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant American General Life and Accident Insurance Company states that Defendant American General Life and Accident Insurance Company is a wholly-owned subsidiary of AGC Life Insurance Company which, in turn, is a wholly-owned subsidiary of American General Corporation. American General Corporation is a wholly owned subsidiary of American International Group, Inc. American General Life and Accident Insurance Company is not the parent of any publicly owned companies.

_____
Thomas J. Butler (BUT028)

One of the Attorneys for Defendant, American General Life and Accident Insurance Company

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Nicholas H. Wooten
Wooten & Carlton, P.C.
P.O. Drawer 290
LaFayette, AL 36862

Robert S. W. Given
Burr & Forman, L.L.P.
420 20th Street North
SouthTrust Tower, Ste. 3100
Birmingham, Alabama 35203

on this the _____ day of August, 2005.

_____
OF COUNSEL