IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY KENDRICK,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE AND<br>ACCIDENT INSURANCE COMPANY,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   ____3:05 cv 762-C____<br>)<br>)<br>)<br>)<br>) |

## ORDER

Presently before the Court is the following motion:

(1) Defendant American General Life and Accident Insurance Company's ("American General") Motion for a Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation.

Having considered said motion and requiring no responses thereto, the court is of the opinion that American General's Motion for a Stay Pending Transfer by the Judicial Panel on Multidistrict Litigation should be **GRANTED**. It is, therefore **ORDERED** that this matter is STAYED pending transfer by the Judicial Panel on Multidistrict Litigation on transfer.

Done, this the _____ day of _____, 2005

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

01209202.1