IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY KENDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-cv-762-C |
| ) | |
| AMERICAN GENERAL LIFE INS. & ) | |
| ACCIDENT INS. CO. *et al*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now pending before the court is the August 10, 2005, motion for stay pending transfer by the Judicial Panel on Multidistrict Litgation. *See* Doc. 5. The plaintiff does not oppose the stay. Accordingly, it is

ORDERED that the motion to stay be and is hereby GRANTED and this case be and is hereby STAYED pending transfer by the Judicial Panel on Multidistrict Litigation.

Done this 17th day of August, 2005.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE