## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| RUBY KENDRICK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| | ) | **3:05 CV 762-C** |
| | ) | |
| AMERICAN GENERAL LIFE AND | ) | |
| ACCIDENT INSURANCE COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned who hereby requests an Order allowing him to withdraw as counsel for the Plaintiff.   In support of this motion, the undersigned states as follows:

1.      Said Plaintiff will continue to be represented by Nicholas H. Wooten.

2.      Said Plaintiff is aware that the undersigned will no longer be counsel of record.

WHEREFORE, the Plaintiff requests this Court enter an Order allowing him to withdraw as counsel for the Plaintiff.

Respectfully submitted,


S/David  M.  Cowan
DAVID M. COWAN, COWAD4597

**OF COUNSEL:**
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663