**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 23, 2005

## NOTICE OF DEFICIENCY

**To:** Attorney David Cowan

**From:** Clerk's Office

**Case Style: Kendrick v. American General Life and Accident Insurance Company et al
Case Number: 3:05-cv-00762-C**

**Referenced Pleading: Motion to withdraw**

**Docket Entry # 7**

**Notice is hereby given that the referenced deficient pleading was filed on August 22, 2005 in the above-styled case:**

<span style="color:red">The pleading contains NO certificate of service</span>

**This deficiency must be corrected within ten (10) days from this date. You must file a signed certificate of service for the referenced pleading indicating this pleading has been served on the parties to this action.**

*DO NOT E-FILE YOUR CORRECTION.......IT MUST BE MAILED TO THE CLERK'S OFFICE.*