IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUBY KENDRICK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-762-C |
| | ) |
| AMERICAN GENERAL LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY, *et al*, | ) |
| | ) |
|    Defendants. | ) |

ORDER

Now pending before the court is the August 22, 2005, motion to withdraw (doc. # 7) filed by David M. Cowan, esq., one of counsel for the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 23rd day of August, 2005.

                          /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE