

A CERTIFIED TRUE COPY

SEP 23 2005

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -7 2005

FILED
CLERK'S OFFICE

USDC CLERK, COLUMBIA, SC
RECEIVED
2005 SEP 26 A 11: 55

DOCKET NO. 1429

3:05-2783-CMC

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. INDUSTRIAL LIFE INSURANCE LITIGATION*

*Ruby Kendrick v. American General Life & Accident Insurance Co., et al.,*
M.D. Alabama, C.A. No. 3:05-762

### CONDITIONAL TRANSFER ORDER (CTO-27)

On November 21, 2001, the Panel transferred 13 civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 92 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Cameron McGowan Currie.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of South Carolina and assigned to Judge Currie.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of November 21, 2001, 175 F.Supp.2d 1380 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Cameron McGowan Currie.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 23 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -7 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 1429

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. INDUSTRIAL LIFE INSURANCE LITIGATION

*Ruby Kendrick v. American General Life & Accident Insurance Co., et al.,*
   M.D. Alabama, C.A. No. 3:05-762

## CONDITIONAL TRANSFER ORDER (CTO-27)

On November 21, 2001, the Panel transferred 13 civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 92 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Cameron McGowan Currie.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of South Carolina and assigned to Judge Currie.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of November 21, 2001, 175 F.Supp.2d 1380 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Cameron McGowan Currie.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 2 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# INVOLVED COUNSEL LIST (CTO-27)
## DOCKET NO. 1429
# IN RE AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO. INDUSTRIAL
## LIFE INSURANCE LITIGATION

Lee E. Bains, Jr.
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

N. Lee Cooper
Maynard Cooper & Gale PC
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

Robert S.W. Given
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

William C. Hubbard
Nelson, Mullins, Riley & Scarborough, LLP
P.O. Box 11070
Columbia, SC 29211

K. Stephen Jackson
K. Stephen Jackson, PC
Black Diamond Building
2229 First Avenue, North
Birmingham, AL 35203

Joseph P. Strom, Jr.
Strom Law Firm, LLP
1501 Main Street
Suite 700
Columbia, SC 29201

Richard Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, AL 36083-0899

Nicholas H. Wooten
Wooten Law Firm, PC
P.O. Drawer 290
Lafayette, AL 36862-0290

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

September 23, 2005

Larry W. Propes, Clerk
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, SC 29201-2328

Re: MDL-1429 -- In re American General Life & Accident Insurance Co. Industrial Life Insurance Litigation

    *Ruby Kendrick v. American General Life & Accident Insurance Co., et al.,*
       M.D. Alabama, C.A. No. 3:05-762

Dear Mr. Propes:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 7, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    A list of involved counsel is attached.

                       Very truly,

                       Michael J. Beck
                       Clerk of the Panel

                       By *Dana L. Stewart*
                           Deputy Clerk

Attachment

cc:   Transferee Judge:     Judge Cameron McGowan Currie
      Transferor Judge:      Judge Charles S. Coody
      Transferor Clerk:      Debra P. Hackett

                                                                                    JPML Form 36