

**Gwendolyn Pearson/SCD/04/USCOURTS**
04/27/2006 02:13 PM

To  Charlene_campbell@almd.uscourts.gov
cc
bcc
Subject  Ruby Kendrick Transfer Order (your case no. 05-762, SCDC no. 05-2783)

Dear Charlene,

Attached please find a copy of the Conditional Transfer Order filed in the District of SC on 9/26/05. One copy has a PDF header "stamp", and the other copy does not. I am sending both and you can use whichever you prefer.

Once again, I apologize for the delay in getting this to your court. Thanks for understanding.

As we discussed, I will wait to get your email reply with a login so that I may download the file.

Thanks again for bringing this matter to my attention. Let me know if I may be of further assistance to you in any way.

Very truly yours,

Wendy Pearson



803-253-3491   Ruby Kendrick Transfer Order without header.pdf   Ruby Kendrick Transfer Order with PDF header.pdf